## MISCELLANEOUS DISMISSALS

**2006-0536.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 05-844-EL-ATA. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006-0600.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 04-1932-EL-ATA. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006-2244.   Oreo Corp. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2005-T-135 through 2005-T-144.